442 A.2d 340

Commonwealth v. Stone, Appellant.

Submitted September 30, 1981. Thomas R. Ceraso, for appellant; Albert Nichols, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

The order of the lower court is affirmed.